UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CIV-23642-SCOLA

JOSEPH ROSENBERG,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a Bermuda Company,
ONE SPA WORLD LLC, a Florida Company,
STEINER TRANSOCEAN LIMITED, a Bahamas Company,
STEINER MANAGEMENT SERVICES LLC, a Florida Company,
and MANDARA SPA (CRUISE II), LLC, a Delaware Company

    Defendant.
_____/

## NOTICE OF SERVICE OF PROCESS

Plaintiff, JOSEPH ROSENBERG, by and through undersigned counsel, hereby file proof of service of process on Defendant, ONE SPA WORLD LLC.

Date: November 22, 2022

Respectfully submitted,

**EDUARDO J. HERNANDEZ, LLC**
*Attorneys for Plaintiff*
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Telephone: (305) 567-0910
Facsimile: (786) 454-8905

By:   */s/ Eduardo J. Hernandez*
      EDUARDO J. HERNANDEZ
      Florida Bar No. 061451
      ehernandez@ejh-law.com

# RETURN OF SERVICE

State of Florida　　　　County of SOUTHERN DISTRICT OF FLORIDA　　　　Us District Court

Case Number: 1:22-CV-23642-RNS

Plaintiff:
**JOSEPH ROSENBERG,**

vs.

Defendant:
**NCL (BAHAMAS) LTD; ONE SPA WORLD LLC; STEINER TRANSOCEAN LIMITED; STEINER MANAGEMENT SERVICES LLC; and MANDARA SPA (CRUISE II) LLC,**

For:
EDUARDO HERNANDEZ, ESQUIRE
10691 N. KENDALL DRIVE, SUITE 109
MIAMI, FL 33176

Received by ESTASERVE on the 8th day of November, 2022 at 6:38 pm to be served on **ONE SPA WORLD LLC BY AND THROUGH ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **17th day of November, 2022** at **1:50 pm**, I:

served a **LIMITED LIABILITY COMPANY** by serving a **SUMMONS IN A CIVIL ACTION AND COPY OF COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LATRICE YOUNG** as **CLERK FOR RA** of **ONE SPA WORLD LLC,** at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** , and informed said person of the contents therein, in compliance with **Florida Statutes 608.463 and 48.062(1).**

Additional Information pertaining to this Service:
LATRICE YOUNG, CLERK FOR RA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS, BF 25 YRS 5'4 140 LBS BLACK HAIR GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

ERIC L. LARSON
CPS #063, 2ND JUDICIAL CIRCUIT

ESTASERVE
4215 Sw 143rd Ave
Miami, FL 33175
(786) 399-0003

Our Job Serial Number: JES-2022001080
Ref: 1080

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSEPH ROSENBERG,<br><br>*Plaintiff(s)*<br>v.<br><br>NCL (BAHAMAS) LTD;<br>ONE SPA WORLD LLC;<br>STEINER TRANSOCEAN LIMITED;<br>STEINER MANAGEMENT SERVICES LLC; and<br>MANDARA SPA (CRUISE II), LLC,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-23642-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **ONE SPA WORLD LLC**

**By and through its Registered Agent:
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12 (a)(2) or (3) - you must serve on Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on Plaintiff or Plaintiff's attorney, whose name and address are as follows:

Eduardo J. Hernandez, Esq.
Eduardo J. Hernandez, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 7, 2022



Angela E. Noble

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts